## EXHIBIT A-

| BARCLAYS BANK DELAWARE | | | $6,236 |
|---|---|---|---|
| 36 potentially negative months | | | Closed |

### Account info

| | | | |
|---|---|---|---|
| Account name | BARCLAYS BANK DELAWARE | Balance | $6,236 |
| Account number | 000303XXXXXXXXX | Balance updated | Apr 01, 2025 |
| Original creditor | - | Credit limit | $5,050 |
| Company sold | - | Monthly payment | - |
| Account type | Credit Card | Last Payment Date | Sep 30, 2021 |
| Date opened | Jan 27, 2018 | Past due amount | $6,236 |
| Open/closed | Closed | Highest balance | $6,236 |
| Status | Account charged off. $4,929 written off. $6,236 past due as of Apr 2025. | Terms | - |
| | | Responsibility | Individual |
| | | Your statement | - |
| Status updated | Jul 2022 | | |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | - | - | - | - | - | - | - | - |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | CO | CO | CO | CO | CO | ND | CO | CO | CO | CO | CO | CO |
| 2022 | 30 | 60 | 90 | 150 | 180 | ND | CO | CO | CO | CO | CO | CO |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CO Charge off    ND No data for this period
30 Past due 30 days    60 Past due 60 days    90 Past due 90 days
150 Past due 150 days    180 Past due 180 days    - Data Unavailable

### Contact info

| | |
|---|---|
| Address | PO BOX 8803 WILMINGTON, DE 19899 |
| Phone number | (888) 232-0780 |

7