EXHIBIT B-

**BARCLAYS BANK DELAWARE** #00030392191**** (PO BOX 8803, WILMINGTON, DE 19899, (888) 232-0780)

| | | | |
|---|---|---|---|
| Date Opened: | 01/27/2018 | Date Updated: | 04/01/2024 |
| Responsibility: | Individual Account | Payment Received: | $0 |
| Account Type: | Revolving Account | Last Payment Made: | 09/30/2021 |
| Loan Type: | FLEXIBLE SPENDING CREDIT CARD | Original Charge-off: | $4,929 |

Pay Status: >Charged Off<
Terms: Paid Monthly
Date Closed: 02/25/2022
>Maximum Delinquency of 120 days in 04/2022 for $972 and in 05/2022<

**High Balance:** High balance of $6,069 from 04/2022 to 04/2022; $6,236 from 07/2022 to 04/2023; $6,236 from 06/2023 to 06/2023; $6,236 from 08/2023 to 04/2024

**Credit Limit:** Credit limit of $5,050 from 04/2022 to 04/2022; $5,050 from 07/2022 to 04/2023; $5,050 from 06/2023 to 06/2023; $5,050 from 08/2023 to 04/2024

**Estimated month and year that this item will be removed:** 11/2028

| | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | | $6,236 | |
| Scheduled Payment | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 | |
| Past Due | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | | $6,236 | |
| Remarks | DRC/CBG/PRL | DRC/CBG/PRL | DRC/CBG/PRL | DRC/CBG/PRL | DRC/CBG/PRL | DRC/CBG/PRL | DRC/CBG/PRL | DRC/CBG/PRL | DRC/CBG/PRL | | DRC/CBG/PRL | |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | | |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | |
| Past Due | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | $6,236 | | |
| Remarks | DRC/CBG/PRL | DRC/CBG/PRL | DRC/CBG/PRL | DRC/CBG/PRL | DRC/CBG/PRL | AID/CBG/PRL | AID/CBG/PRL | AID/CBG/PRL | AID/CBG/PRL | AID/CBG/PRL | | |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | 120 |

| | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $6,069 | | | | | | | | | | | |
| Scheduled Payment | $208 | | | | | | | | | | | |
| Amount Paid | $0 | | | | | | | | | | | |
| Past Due | $972 | | | | | | | | | | | |
| Remarks | AID/CBG | | | | | | | | | | | |
| Rating | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 |
|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK |