# EXHIBIT C-

Barclays Bank Delaware

Attn: Legal Department

125 South West Street

Wilmington, DE 19801

Notice of Demand for Violations of 15 U.S.C. § 1681s-2(b) – Account ending in 1550

Dear Sir or Madam,

I am writing to formally notify Barclays Bank Delaware of its violations of 15 U.S.C. § 1681s-2(b), part of the Fair Credit Reporting Act (FCRA), due to your failure to conduct a reasonable investigation and correct inaccurate information reported to consumer reporting agencies regarding my account ending in 1550

Specifically, Barclays reported inaccurate information on credit report. Despite my disputes filed with Experian, TransUnion and the CFPB, Barclays failed to properly investigate and correct the inaccurate information, as required under 15 U.S.C. § 1681s-2(b). This has resulted in significant harm to my creditworthiness and personal well-being.

As a direct result of your violations, I have suffered the following damages:

1. Loss of Credit Opportunities: The inaccurate reporting has impaired my ability to secure favorable credit terms, including credit cards and business funding. I had several applications denied causing financial losses.

2. Mental Anguish and Emotional Distress: The ongoing stress and frustration from dealing with erroneous credit reporting have caused significant emotional harm, including anxiety and sleeplessness.

EXHIBIT C-

**Demand for Relief**

Pursuant to the FCRA, I demand compensation in the amount of $10,000 to address the above harms caused by your willful or negligent violations of 15 U.S.C. § 1681s-2(b). Additionally, I demand that Barclays:

1. Immediately correct the inaccurate information reported to all consumer reporting agencies.

2. Provide written confirmation of the corrections to me and the affected agencies within 30 days.

3. Cease any further violations of the FCRA.

**Response Deadline**

Please respond in writing within 30 days of receipt of this notice to resolve this matter amicably. You may contact me at [your email address] or [your phone number]. Failure to respond or comply may result in further legal action, including but not limited to a lawsuit for actual damages, statutory damages, punitive damages, and attorney's fees, as permitted under 15 U.S.C. § 1681n and § 1681o.

This notice is sent in good faith to resolve this matter without litigation. I reserve all rights under federal and state law.

Sincerely,

Kenny Vertus